IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

ROMAN DELSOL
HERNANDEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D14-4412

Opinion filed January 14, 2015.

An appeal from an order of the Circuit Court for Washington County.
William L. Wright, Judge.

Roman Delsol Hernandez, pro se, Appellant.

Pamela Jo Bondi, Attorney General, Charles R. McCoy, Senior Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

AFFIRMED.

PADOVANO, CLARK, and MARSTILLER, JJ., CONCUR.